

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOHN PANGELINAN,<br><br>Defendant. | Case No. 16CR1409-H<br><br>SUPERSEDING INFORMATION<br><br>Title 18, United States Code, Section 1349 - Conspiracy to Commit Honest Services Mail Fraud and Health Care Fraud; and Title 28, U.S.C., § 2461(c) - Criminal Forfeiture |

The United States charges:

### COUNT 1
### CONSPIRACY
### 18 U.S.C. § 1349

Beginning no later than 2011 and continuing through at least June 2016, within the Southern District of California and elsewhere, defendant JOHN PANGELINAN did knowingly and intentionally conspire with others to: commit Honest Services Mail Fraud, that is, knowingly and with the intent to defraud, devise and participate in a material scheme to defraud and to deprive patients of the intangible right to their doctors' honest services, and cause mailings in furtherance of the scheme, in violation of Title 18, United states Code, Sections 1341 and 1346; and commit Health Care Fraud, that is, knowingly and with the

intent to defraud, devise and participate in a material scheme to defraud a health care benefit program, or to obtain money or property owned by, or under the custody or control of, a health-care benefit program by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Section 1347.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

Upon conviction of the felony offense alleged in this Information set forth above and pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2, defendant JOHN PANGELINAN shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violation.

If any of the above-described forfeited property, as a result of any act or omission of JOHN PANGELINAN cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), made applicable herein by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of ~~CARLOS ARGUELLO~~ John Pangelinan Jr up to the value of the property subject to forfeiture.

DATED: 5/14/2019

ROBERT S. BREWER, JR.
United States Attorney

VALERIE H. CHU
Assistant U.S. Attorney